**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JOHN SYMONDS,**

      **Plaintiff,**

**vs.**                                         **CASE NO. 1:05CV58-MMP/AK**

**JO ANNE B. BARNHART,
Commissioner of Social Security,**

      **Defendant.**

_____/

### REPORT AND RECOMMENDATION

      Plaintiff brings this cause pursuant to 42 U.S.C. § 405(g) seeking judicial review

of the administrative denial of her application for disability insurance benefits under Title

II of the Social Security Act.  (Doc.1).  Defendant has moved to remand this matter to

the Commissioner under sentence six of 42 U.S.C. § 405(g) which provides that:

> The court may, on motion of the Commissioner of Social Security made
> for good cause shown before the Commissioner files the Commissioner's
> answer, remand the case to the Commissioner of Social Security for
> further action by the Commissioner of Social Security...

      The complaint in this cause was filed on March 22, 2005, and the

Commissioner was served on April 26, 2005, but no answer has been filed.  Defendant

moves to remand this action because the hearing tape contains too many inaudible

sections.  Plaintiff has no objection to the motion to remand.

Accordingly, it is **RECOMMENDED** that Defendant's motion to remand (doc. 7)

be **GRANTED**, and this cause **REMANDED** to the Commissioner for further

proceedings by the Appeals Council.

**IN CHAMBERS** at Gainesville, Florida, this **27th** day of June, 2005.


**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:03cv7-MMP/AK