IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JOHN D SYMONDS,

    Plaintiff,

v.     CASE NO. 1:05-cv-00058-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

# O R D E R

This matter is before the Court on Doc. 8, Report and Recommendations of the Magistrate Judge, recommending that the Motion to Remand to Social Security Administration filed by the defendant (doc. 7) be granted, and this cause remanded to the Commissioner for further proceedings by the Appeals Council. The time for filing objections to Report and Recommendation has passed, and none have been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, doc. 8, is adopted and incorporated herein.

2. This matter is remanded to the Social Security Administration for further proceedings.

**DONE AND ORDERED** this  *5th*  day of October, 2005

                    *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge